# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  | FILED: AUGUST 12, 2008 |
|  | 08CV4553 |
|  | JUDGE GOTTSCHALL |
|  | MAGISTRATE JUDGE KEYS |
|  | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
|  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
|  |
| STREET ADDRESS |
|  |
| CITY/STATE/ZIP |
|  |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  |  |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL        APPOINTED COUNSEL